# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD R. LEACH,<br><br>        Plaintiff,<br><br>  v.<br><br>LOWE, et. al.,<br><br>        Defendants.<br>_____/ | CV F 00 6139 LJO NEW (DLB) P<br><br>ORDER DIRECTING DEFENDANT TO FILE SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT ON REMANDED QUALIFIED IMMUNITY ISSUE |

      Donald R. Leach ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

      On August 31, 2004, the instant action was set for trial and a telephonic trial confirmation hearing. (Doc. 79). On September 10, 2004, Defendants filed a Notice of Appeal of the order adopting the undersigned's Findings and Recommendations that the Defendant's Motion for Summary Judgment on qualified immunity be denied. The Court vacated the Second Scheduling Order setting the matter for trial pending the interlocutory appeal.

      On November 30, 3006, the Ninth Circuit affirmed in part, vacated in part and remanded the case to the District Court. The Court affirmed the denial of summary judgment, but vacated and remanded the case on the issue of qualified immunity. The Court found specifically that the District Court's analysis of the qualified immunity issue only "looked to the general nature of the right and concluded that it was clearly established" and that the particularized inquiry is

"whether, at the time [Defendants] were investigating the potential threat to [Plaintiff], [Defendants] violated a clearly established constitutional right by not immediately and preemptively removing [Plaintiff] from the general prison population." (Order of Remand at 3.) The Court remanded the case for a determination whether there existed any "analogous facts, circumstances or authority for the proposition that [Defendants] should have reasonably known under the circumstances that they were violating [Plaintiff's] constitutional rights." Id.

**ORDER**

In light of the remand, the Court HEREBY ORDERS:

1. Defendants SHALL submit a Supplemental Motion for Summary Judgment addressing the qualified immunity issue set forth in the Order of Remand issued by the Ninth Circuit on November 30, 2006, within SIXTY (60) days of the date of service of this Order.

2. Plaintiff's may file an Opposition within THIRTY (30) days after the submission of the Supplemental brief submitted by Defendants.

IT IS SO ORDERED.

Dated:   **February 27, 2007**            **/s/ Dennis L. Beck**
3b142a                                   UNITED STATES MAGISTRATE JUDGE