UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD R. LEACH, | 1:00-cv-06139-LJO-GSA-P |
|         Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 104) |
| vs. | **ORDER DENYING MOTION FOR SUMMARY JUDGMENT** (Doc. 99) |
| TOM CAREY, T. DREW, D. SCHROEDER, and HAWS, | |
|         Defendants. | **ORDER REFERRING CASE BACK TO MAGISTRATE JUDGE FOR FURTHER SCHEDULING** |

Plaintiff, Donald R. Leach ("plaintiff"), is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On January 31, 2008, the Magistrate Judge filed Findings and a Recommendation herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendation were to be filed within twenty (20) days. On February 6, 2008, defendants filed objections to the Findings and Recommendation. On February 27, 2008, plaintiff

1

filed an opposition to defendants' objections. On March 4, 2008, defendants filed a reply to plaintiff's opposition.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed January 31, 2008, are ADOPTED IN FULL;

2. Defendants' motion for summary judgment, filed April 26, 2007, is DENIED; and

3. This action is referred back to the Magistrate Judge for further scheduling.

IT IS SO ORDERED.

**Dated:   March 6, 2008**               /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

2