# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD R. LEACH, | 1:00-cv-06139-LJO-GSA PC |
| Plaintiff, | ORDER FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL |
| vs. | (Doc. 132.) |
| TOM CAREY, T. DREW, D. SCHROEDER, and HAWS, | |
| Defendants. | |

This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by Donald R. Leach ("Plaintiff"), a state prisoner proceeding pro se. Plaintiff is presently incarcerated at Kern Valley State Prison in Delano, California. Plaintiff filed the Complaint commencing this action on August 2, 2000. (Doc. 1.) On December 17, 2010, Plaintiff and Defendants participated in settlement proceedings before Magistrate Judge Jennifer L. Thurston, and the case was settled. (Doc. 125.) On January 3, 2011, the case was dismissed, with prejudice, pursuant to the parties' stipulation. (Doc. 127.)

On November 14, 2011, Plaintiff filed a motion to compel Defendants to honor the confidential settlement agreement. (Doc. 132.) Defendants have not filed a timely response to Plaintiff's motion. Local Rule 230(l). At this time, Defendants shall be required to file a response.

1  Accordingly, IT IS HEREBY ORDERED that within thirty days of the date of service of this
2  order, Defendants shall file a response to the motion to compel filed by Plaintiff on November 14,
3  2011.

5  IT IS SO ORDERED.

6  **Dated:   January 6, 2012**                             /s/ Gary S. Austin
                                                          UNITED STATES MAGISTRATE JUDGE